In the Matter of the Application of GEORGE W. McLEAN as Receiver of Taxes, Respondent, v. THE COUPER MILLING COMPANY, Appellant.

(Argued April 14, 1892; decided May 3, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 13, 1891, which affirmed an order of Special Term directing payment of a fine because of defendant's refusal to pay a personal tax.

*Sutherland Tenney* for appellant.

*John G. H. Meyers* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.